IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL WALTER JOHNSON, | 1:11-cv-00998-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| vs. | |
| T. BYERS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on June 6, 2011, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. (Docs. 1, 2.) However, Plaintiff's application to proceed in forma pauperis was not complete. Plaintiff did not submit the second page of the application. The Court shall send Plaintiff a new application to complete and return to the Court within thirty days. In the alternative, Plaintiff may submit the $350.00 filing fee for this action.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement. **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   June 23, 2011                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE