UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL WALTER JOHNSON, | 1:11-cv-00998-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| vs. | (Doc. 20.) |
| T. BYERS, et al., | |
| Defendants. | |

    Wendell Walter Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 6, 2011 at the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1.) On June 16, 2011, the case was transferred to the Fresno Division. (Doc. 4.) On June 28, 2011, Plaintiff consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c) in this action, and no other parties have made an appearance. (Doc. 8.)

    On April 10, 2014, Plaintiff filed a motion for reconsideration of the court's order of March 27, 2014, which dismissed this action. (Doc. 20.) On April 14, 2014, the court issued an order vacating the order dismissing this action. (Doc. 21.) In light of the fact that court has vacated the order and reopened this case, Plaintiff's motion for reconsideration is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration, filed on April 10, 2014, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 15, 2014**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE